**SHA-1 Hash:** E776C99EB5DA83A6F678A5EFCC36CBFB9F87680F   **Title:**   Big Wet Asses #19
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Doe Name | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|---|
| 1 | 24.8.170.219 | Khalid Boussetta | 11/30/2011 8:13 | Denver | CO | Comcast Cable | BitTorrent |
| 2 | 67.190.79.70 | Eric Ratliff | 12/21/2011 9:17 | Aurora | CO | Comcast Cable | BitTorrent |

**SHA-1 Hash:** EBF73B0C5A39562D309085EAFB565719BE0B2D91   **Title:**   The Art Of Anal #2
**Rights Owner:** Third Degree

| DOE# | IP | Doe Name | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|---|
| 1 | 24.8.170.219 | Khalid Boussetta | 12/12/2011 20:35 | Denver | CO | Comcast Cable | BitTorrent |
| 2 | 67.190.79.70 | Eric Ratliff | 12/29/2011 14:35 | Aurora | CO | Comcast Cable | BitTorrent |