## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

PATRICK COLLINS, INC., and THIRD
DEGREE FILMS, INC.,

               Plaintiffs,

v.

KHALID BOUSSETTA and ERIC RATLIFF,

               Defendants.

Civil Action No. 1:12-cv-00887-REB-MEH

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT, KHALID BOUSSETTA ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, KHALID BOUSSETTA. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant, KHALID BOUSSETTA from this action with prejudice.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant, KHALID BOUSSETTA has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker