**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00887-REB-MEH

PATRICK COLLINS, INC., and
THIRD DEGREE FILMS,

    Plaintiffs,

v.

KHALID BOUSSETTA, and
ERIC RATLIFF,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT KHALID BOUSSETTA, ONLY

**Blackburn, J.**

The matter is before me on the **Plaintiff's** [*sic*] **Notice of Settlement and Voluntary Dismissal With Prejudice of Defendant, Khalid Boussetta Only** [#10][1] filed May 9, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendant Khalid Boussetta should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's** [*sic*] **Notice of Settlement and Voluntary Dismissal With Prejudice of Defendant, Khalid Boussetta Only** [#10] filed May 9, 2012, is **APPROVED**;

2. That plaintiffs' claims against defendant Khalid Boussetta are **DISMISSED**

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**WITH PREJUDICE**; and

      3.  That defendant Khalid Boussetta is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated May 9, 2012, at Denver, Colorado.

      **BY THE COURT:**

*[signature]*
Robert E. Blackburn
United States District Judge