## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PATRICK COLLINS, INC., and THIRD DEGREE FILMS, INC., | Civil Action No. 1:12-cv-00887-REB-MEH |
| Plaintiffs, | |
| v. | |
| ERIC RATLIFF, | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ERIC RATLIFF WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiffs hereby voluntary dismiss Defendant Eric Ratliff ("Defendant") from this action without prejudice. Plaintiff attempted to perfect service of the summons and Complaint on Defendant on May 5, 2012, May 12, 2012 and May 19, 2012, with no success. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker