**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00887-REB-MEH

PATRICK COLLINS, INC., and
THIRD DEGREE FILMS,

      Plaintiffs,

v.

ERIC RATLIFF,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Plaintiff's Notice of  Voluntary Dismissal of Eric Ratliff Without Prejudice** [#17][1] filed August 1, 2012.  After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendant Eric Ratliff should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiff's Notice of  Voluntary Dismissal of Eric Ratliff Without Prejudice** [#17] filed August 1, 2012, is **APPROVED**;

      2.  That plaintiffs' claims against defendant Eric Ratliff are **DISMISSED WITHOUT PREJUDICE**; and

      3.  That this case is **CLOSED**.

      Dated August 2, 2012, at Denver, Colorado.

                        **BY THE COURT:**

                        Robert E. Blackburn
                        United States District Judge

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.